# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| TIMOTHY HOUSE, | ) | Case No.:  2:13-cv-01177-GMN-VCF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER ACCEPTING REPORT &** |
| | ) | **RECOMMENDATION OF MAGISTRATE** |
| CAROLYN W. COLVIN, Acting | ) | **JUDGE FERENBACH** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 16) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered January 13, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by January 30, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Ferenbach's recommendation that Plaintiff's Motion to Remand (ECF No. 13) be **Denied**.  Therefore, the Court has determined that Magistrate Judge Ferenbach's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 16) is **ACCEPTED and ADOPTED in full.**

**DATED** this 31st day of January, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court